# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE BROWN, ET AL., <br>     Plaintiffs, <br> v. <br> JOAN KRANE, ET AL., <br>     Defendants. | Case No.: 2:20-cv-02151-GMN-DJA <br><br> **REPORT AND RECOMMENDATION** |

Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915. (ECF No. 7). The Court found that Plaintiff's complaint was deficient. *Id.* at 2-4. As a result, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to file an amended complaint, requiring that it be filed no later than January 13, 2020. *Id.* at 3. Further, the Court indicated that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id*. at 4 (emphasis in original). To date, the Court has not received an amended complaint or any request to extend the deadline for filing one. Moreover, Plaintiff has filed to update her contact information and it appears as though she is no longer interested in prosecuting this action. (ECF No. 9).

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

1

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Dated: January 26, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE